No. D–341.   IN RE DISBARMENT OF SCACCHETTI.   It is ordered that Carl R. Scacchetti, Jr., of Rochester, N. Y., be

suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.